George ZAVADA, Appellant,

v.

UNITED STATES of America, Appellee.

No. 13154.

United States Court of Appeals
Sixth Circuit.

June 4, 1957.

Sumner Canary and Russell E. Ake, Cleveland, Ohio, for appellee.

Before McALLISTER and STEWART, Circuit Judges, and STARR, District Judge.

PER CURIAM.

The above cause coming on to be heard on the record and briefs of the parties, and the court being duly advised,

Now, therefore, It is Ordered, Adjudged, and Decreed that the judgment of the district court denying the motion for vacation of sentence be and is hereby affirmed.

UNITED STATES of America

v.

Vance and Helen MAUNEY.

No. 5583.

United States Court of Appeals
Tenth Circuit.

March 20, 1957.

Paul F. Larrazolo, U. S. Atty., and James A. Borland, Asst. U. S. Atty., Albuquerque, N. M., and Charles K. Rice, Asst. Atty. Gen., Department of Justice, Washington, D. C., for appellant.

Keleher & McLeod, Albuquerque, N. M., and Felix Atwood, Dallas, Tex., for appellee.

Before BRATTON, Chief Judge.

Appeal dismissed on motion of appellant.